

Linda Knapp
17423 SW 22 STREET
MIRAMAR, FL 33029
PHONE: (954) 478-6255
FAX:(954) 431-4299

INVOICE

April 17, 2014

Total Amount Due:$ 295.00

* Please make check payable to: * Linda Knapp*.

This invoice reflects charges for State of Florida and OSHA standards as per our agreement.

Please feel free to call me at any time. I will always be glad to be of assistance to you and your staff.

Sincerely,

*[signature]*
Linda Knapp
President

*[handwritten: Paid 4/17/14  Check # 6264]*



PLAINTIFF'S EXHIBIT 28

Linda Knapp
17423 SW 22 STREET
MIRAMAR, FL 33029
PHONE: (954) 478-6255
FAX:(954) 431-4299

INVOICE

April 17, 2014

**Total Amount Due:** $ 295.00

* Please make check payable to: * Linda Knapp*.

This invoice reflects charges for State of Florida and OSHA standards as per our agreement.

Please feel free to call me at any time. I will always be glad to be of assistance to you and your staff.

Sincerely,

*[signature]*
Linda Knapp
President

*Paid 4/17/14*
*check # 6264*